IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFRY FISHER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) )  Case No. 7:18-cv-00512 GEC |
| LAND AND SEA RESTAURANT COMPANY, LLC d/b/a Frankie Rowland's Steakhouse, | ) ) ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiffs Jeffry Fisher, Kaitlyn Jones, Tiffany Davidson, Erika Thomas, and Emily Rovai, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant, Land and Sea Restaurant Company, LLC d/b/a Frankie Rowland's Steakhouse, by their respective counsel, respectfully move this Court to enter a Consent Order approving the parties' settlement agreement and directing the parties to act in conformity with that agreement..

LAND AND SEA RESTAURANT
COMPANY, LLC d/b/a Frankie Rowland's
Steakhouse

By:   */s/ Catherine J. Huff*
        Of Counsel

Paul G. Klockenbrink (VSB No. 33032)
Catherine J. Huff (VSB No. 78610)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013

28960/1/9136106v1

(540) 983-9300
FAX: (540) 983-9400
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Catherine J. Huff*

28960/1/9136106v1